# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA@BATALLALAW.COM

July 20, 2023

Honorable Magistrate Judge Judith McCarthy
US District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        **Re:   USA vs. Jose Manuel Colon**
               **Case No.: 23-mj-04595**

Dear Hon. Judge McCarthy:

      This office represents Jose Manuel Colon. On June 8, 2023, Mr. Colon was arraigned before this Court. On June 23, 2023, a Detention Hearing was held before Hon. Judge Andrew E. Krause. The conditions for release were set to allow Mr. Colon to reside with his brother, Javier Colon, at an address known to Pretrial Services. Mr. Colon is respectfully requesting that he be permitted to reside with his paramour, Nicole Klein, who is also a surety, and their three children, at an address known to Pre-Trial Services. One of the children suffers from epileptic seizures and requires the care of both parents.

      I have spoken with AUSA Werbelow, and Pretrial Probation Officer Barrios, who do not object to this relocation request.

                                            Respectfully submitted,

                                            Peter J. Batalla

PJB:mj
Enc.
cc: AUSA Shaun Werbelow
     U.S. Probation Officer Leo Barrios

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
7-20-2023