# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA@BATALLALAW.COM

February 8, 2024

Honorable Magistrate Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   **United States vs. Jose Manuel Colon**
      **Case # 23-mj-04595-UA**

Dear Hon. Magistrate Reznik:

Please be advised that my office represents Jose Manuel Colon with respect to the above captioned matter. Mr. Colon is respectfully requesting permission to accompany his 9-year-old son, who recently underwent cranial surgery, to Occupational Therapy visits every Monday, from 11:00 a.m. to 11:30 a.m. and every Tuesday, from 11:30 a.m. to 12 pm (dates and time subject to change). Mr. Colon is also respectfully requesting permission to accompany his son to Physiatrist visits every 3-4 months for reassessment and to renew services. Said treatments will take place at Elizabeth Seton Children's Rehabilitation Center, located at 317 North Street, White Plains, NY 10605.

Mr. Colon is currently being supervised by Pre-trial services and is also electronically monitored, which will remain in place.

Mr. Colon will undertake to keep Officer Leo Berrios informed of the upcoming visits and the time required for his attendance.

I have communicated this request and situation with the Government and Pretrial Services, and they have no objections to my request.

Respectfully submitted,

Peter J. Batalla

cc: AUSA Shaun Werbelow
    AUSA Ben Arad

**APPLICATION GRANTED**

Hon. Victoria Reznik, U.S.M.J.
2/8/24